IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **BARRY DAVIS**<br>**Plaintiff,**<br><br>VS.<br><br>**LITHIA OF KILLEEN, LLC, LITHIA MOTORS, INC., & LITHIA REAL ESTATE, INC.,**<br>**Defendants.** | § § § § § § § § § § § | CIVIL ACTION NO. 6:24-cv-634-ADA-DTG |

### JOINT MOTION TO DISMISS

TO THE HONORABLE COURT:

   Plaintiff, BARRY DAVIS, and defendants, LITHIA OF KILLEEN, LLC, LITHIA MOTORS, INC., & LITHIA REAL ESTATE, INC., have agreed to dismiss this case.

   The parties therefore ask the Court to order that this suit, and all claims asserted in this suit, are dismissed without prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

By: _____
   Bernardo Gonzalez
   State Bar No. 24125779
   bgonzalez@oscargarzalaw.com
   The Law Firm of Oscar A. Garza, P.L.L.C.
   6243 IH-10 West, Suite 970
   San Antonio, Texas 78201
   Tel: (210) 732-3030
   Fax: (210) 732-3031
   Attorney for Plaintiff

By: /s/ signed with William Carson's permission
   William D. Carson
   State Bar No. 24122473
   wcarson@cozen.com
   Cozen O'Conner, P.C.
   1221 McKinney Street, Suite 2900
   Houston, Texas, 77010
   Phone: 832-214-3941
   Fax: 832-214-3905

- 2 -

## Certificate of Service

      I certify that, on February 19, 2025, a true copy of this document was served, via the e-filing system, on all counsel of record listed below:

William D. Carson
Cozen O'Conner, P.C.
1221 McKinney Street, Suite 2900
Houston, Texas, 77010
Phone: 832-214-3941
Fax: 832-214-3905

By: _____
Bernardo Gonzalez